UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

---

| | |
|---|---|
| JOANNA CLEVENGER, TAMMY S. POWELL and ALMA MOORE, on behalf of themselves and all other persons similarly situated, known and unknown,<br><br>    **Plaintiffs,**<br> v.<br><br>SECURITAS SECURITY SERVICES USA, INC.<br><br>    **Defendant.** | Case No. 07-CV-2219 |

## ORDER

  A Report and Recommendation (#23) was filed by Magistrate Judge David G. Bernthal in the above cause on April 30, 2008. On May 19, 2008, Defendant, Securitas Security Services USA, Inc., filed a Memorandum of Law in Support of its Objections to the Report and Recommendation (#24). Following this court's careful de novo review of the Magistrate Judge's reasoning and Defendant's Objections, this court agrees with and accepts the Magistrate Judge's Report and Recommendation (#23). This court notes that the Magistrate Judge thoroughly addressed Defendant's arguments and set out persuasive and well supported reasons for rejecting them under the circumstances here. This court therefore agrees that Plaintiffs' Second Motion to Remand (#11) should be GRANTED and this case should be remanded to state court.

  IT IS THEREFORE ORDERED THAT:

  (1) The Report and Recommendation (#23) is accepted by this court.

  (2) Plaintiff's Second Motion to Remand (#11) is GRANTED.

  (3) This case is remanded to the circuit court of Vermilion County.

(4) This case is terminated.  The remaining pending Motions (#4, #8, #17) are therefore MOOT.

ENTERED this 22nd day of May, 2008

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE